| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | Case Number<br>2:24-cr-20527 |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | **Judge Assigned:** Judge Mark A. Goldsmith |
| ☐ Yes   ☒ No | **AUSA's Initials:** TMH |

**Case Title:** USA v. D-1 Daniel Bihn, D-2 Michael Justus, D-3 Bernard Rice

**County where offense occurred:** Wayne and elsewhere

**Check One:**   ☒ **Felony** as to D-1 Bihn   ☒ **Misdemeanor** as to D-2 Justus ☐ **Petty**
and D-3 Rice

____Indictment/ ✓ Information --- **no** prior complaint.
____Indictment/____Information --- based upon prior complaint [Case number:                    ]
____Indictment/____Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

**Superseding Case Information**

**Superseding to Case No:** _____   **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

October 30, 2024
Date

s/ Tara Hindelang
Tara Hindelang
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: 313-226-9543
Fax: 313-226-2311
E-Mail address: tara.hindelang@usdoj.gov
Attorney Bar #: P78685

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.