UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

               Plaintiff,

v.                                                          Case No. 2:24–cr–20527–KGA
                                                            Hon. Kimberly G. Altman

Michael Justus, et al.,

               Defendant(s),

_____

**NOTICE TO APPEAR**

The following defendant(s) are hereby notified to appear:  Michael Justus

The defendant(s) shall appear before Magistrate Judge Kimberly G. Altman at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 602, Detroit, Michigan, for the following proceeding(s):

- SENTENCING:  March 10, 2026 at 02:00 PM

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

By: s/Drunetta J Jennings
Case Manager

Dated:  November 25, 2025